IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ADIMANDO HERNANDEZ CORTEZ    :

                       :

        Petitioner,    :   3:26-cv-2037

                       :   (JUDGE MARIANI)

    v.               :

                       :

TODD BLANCHE, ACTING ATTORNEY :
GENERAL OF THE U.S., *et al.*,    :

                       :

      Respondents.   :

## ORDER

AND NOW, THIS ___30th___ DAY OF JULY 2026, upon consideration of Petitioner

Adimando Hernandez Cortez's counseled petition for writ of habeas corpus pursuant to 28

U.S.C. § 2241 (Doc. 1), Respondents' response (Doc. 6), and for the reasons set forth in

the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED**.

2. Respondents **SHALL IMMEDIATELY RELEASE** Petitioner Adimando Hernandez

Cortez from the custody of the Warden of the Pike County Correctional Facility, who

has immediate physical custody of Petitioner.

3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a

declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Monday August**

**3, 2026, at 5:00 P.M.** confirming that Petitioner Adimando Hernandez Cortez has

been released from custody.

4. Respondents are **PERMANENTLY ENJOINED** from detaining Adimando Hernandez Cortez pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.

5. If Respondents elect to later detain Petitioner under 8 U.S.C. § 1226(a), the Respondents must provide Petitioner with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge